UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRANCIS MARTINEZ,

    Plaintiff,

v.

                                                                                 Case No. 1:16-cv-579

T.C. OF KALAMAZOO, INC.,                                HON. JANET T. NEFF

    Defendant.
_____/

## ORDER OF DISMISSAL

On January 5, 2017, in light of the parties' agreement to settle this matter, an order was issued requiring the parties to file stipulated dismissal papers by February 6, 2017 (Dkt 22). On February 7, 2017, the parties were granted an extension of time, until February 13, 2017, to file the dismissal papers (Dkt 24). On February 23, 2017, after the parties failed to file the dismissal papers or seek an extension of time to file them, the Court issued an order requiring the parties to file appropriate dismissal papers by March 9, 2017, and warning that this matter may be dismissed if the dismissal papers were not timely filed (Dkt 25). A review of the court record reveals that the appropriate dismissal papers have again not been filed, and the parties have not sought an extension of time to file the papers. Therefore,

    **IT IS HEREBY ORDERED** that this action is DISMISSED without prejudice.


Dated: March 14, 2017                                         /s/ Janet T. Neff
                                                                         JANET T. NEFF
                                                                         United States District Judge